# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NIVEEN ISMAIL,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, et al.,<br><br>                Defendant(s). | Case No. SACV 10-00901 VBF (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

      **IT IS SO ORDERED**.

DATED: 5/8/12

                                          _____<br>
                                          VALERIE BAKER FAIRBANK<br>
                                          United States District Judge