UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| NIVEEN ISMAIL, | ) | Case No. SACV 10-00901 VBF (AJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| COUNTY OF ORANGE, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: August 23, 2012

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge