1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11  _____

12  **NIVEEN ISMAIL,**                              )        **NO. SA CV 10-00901-VBF-AJW**
                                                    )
13                      **Plaintiff,**              )
                                                    )
14           **v.**                                 )        **RULE 58 JUDGMENT**
                                                    )
15  **COUNTY OF ORANGE,**                           )
    ORANGE COUNTY SOCIAL SERVICES AGENCY,           )
16  LAURA TAYLOR in her official & individual capacities, )
    MARY MADISON in her official & individual capacities, )
17  COLLEEN VARGAS in official & individual capacities,   )
    RHEA WREN in her official & individual capacities,    )
18  STEVE BRODKIN in official & individual capacities,    )
    MARGARET JORTH in official & individual capacities,   )
19  TASSIANA MERVILUS in official & individual capacity,  )
    PAMELA PANTIRU in official & individual capacities,   )
20  VICTOR MOLINA in his official & individual capacities, )
    DANG VU in his official & individual capacities,      )
21  INGRID HARITA in her official & individual capacities, )
    MICHAEL RYAN in his official & individual capacities,  )
22  JULIE FULKERSON in official & individual capacities,   )
                                                    )
23  CITY OF HUNTINGTON BEACH,                       )
    HUNTINGTON BEACH POLICE DEPARTMENT,             )
24  OFFICER DEXTER, OFFICER SPRUILL,                )
                                                    )
25  ANGELA WELLBORN, NEW ALTERNATIVES, INC.,        )
                                                    )
26  MICHAEL FORD, and SHELBY FORD,                  )
                                                    )
27                      **Defendants.**             )
    _____

28

1      Final judgment is entered in favor of all the defendants and against the plaintiff Niveen Ismail.

2

3   DATED:      August 12, 2014

4

5

6                    VALERIE BAKER FAIRBANK
                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2